IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEONTE SLOAN,

    Plaintiff,

v.                                      CASE NO. 4:15-cv-502-WS-GRJ

LEON COUNTY JAIL,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a handwritten document construed as a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 in the Middle District of Florida.  ECF No. 1.  Because Plaintiff was confined in the Leon County Jail, the case was transferred to this Court.  Plaintiff has neither paid the $400.00 civil rights filing fee nor filed a motion for leave to proceed as a pauper.  The Court ordered Plaintiff to file an amended complaint on the Court's form and to either pay the filing fee or file a motion for leave to proceed as a pauper on or before November 22, 2015.  As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to

comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 3rd day of December 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.